AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>RENE ALFONSO CHAVEZ CASERES<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:19-mj-83 |

FILED FEB 15 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 28, 2016__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC § 1326(a) | The defendant was found in the United States after having been denied admission, excluded, deported, or removed without the express consent of the Attorney General or Secretary of Homeland Security to reapply for admission in the United States. |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

SAUSA Rachael Tucker/AUSA Jonathan L. Fahey

*Complainant's signature*

Mark Tlumacki, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Feb 15, 2019

/s/
John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, VA

Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*