UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
IN OPEN COURT

MAR 20 2019

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:19-CR-79 |
| v. ) | |
| ) | 8 U.S.C. § 1326(a) |
| RENE ALFONSO CHAVEZ CASERES, ) | (Illegal Reentry after Deportation) |
| ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

March 2019 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

On or about May 28, 2016, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, RENE ALFONSO CHAVEZ CASERES, an alien, was found in the United States after having been removed from the United States to El Salvador on or about June 18, 2007, at or near Albuquerque, New Mexico, without having obtained the express consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security to reapply for admission to the United States.

(In violation of Title 8, United States Code, Section 1326(a).)

A TRUE BILL

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office

_____
FOREPERSON

G. Zachary Terwilliger
United States Attorney

By: _____
Rachael C. Tucker
Special Assistant United States Attorney
Grace Hill
Assistant United States Attorney