# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cr-79 |
| RENE ALFONSO CHAVEZ CASERES | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States.

Date: 05/31/2019

/s/
*Attorney's signature*

David M. Fuhr - USAO
*Printed name and bar number*

2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

david.fuhr@usdoj.gov
*E-mail address*

(202) 320-6586
*Telephone number*

(703) 299-3980
*FAX number*